UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LLOYD SHAFFER, | No. C 12-5675 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| HARTLEY, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner seeking relief in his existing habeas corpus action that is now pending in the Ninth Circuit.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 17, 2012

SUSAN ILLSTON
United States District Judge